No. A–1206 (72–1173). INTERNATIONAL BUSINESS MACHINES CORP. *v.* UNITED STATES. Application for stay of execution and enforcement of pretrial order No. 5 of the United States District Court for the Southern District of New York and for a stay of mandate of the United States Court of Appeals for the Second Circuit presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied. MR. JUSTICE STEWART, MR. JUSTICE BLACKMUN, and MR. JUSTICE POWELL took no part in

946

the consideration or decision of this application. MR. JUSTICE DOUGLAS would grant the application. ▮